NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRUCE E. ZOELLER,**
*Appellant,*

v.

**JOHN MCHUGH, SECRETARY OF THE ARMY,**
*Appellee.*

---

2011-1167, -1168

---

Appeals from the Armed Services Board of Contract Appeals in no. 56578, Administrative Judge Jack Delman.

---

## ON MOTION

---

PER CURIAM.

## ORDER

Bruce E. Zoeller moves to "enforce" an order of the Armed Services Board of Contract Appeals. The Secretary of the Army moves for an extension of time and opposes Zoeller's motion. Zoeller also moves for leave to file a replacement opening brief, for an extension of time, to forward the record, and submits a supplement to his petition for review.

Zoeller has not shown entitlement to relief in his motion to enforce an order of the Board. Instead, the motion appears to include his arguments why the Board improperly denied his request for sanctions, etc. Such arguments challenging the Board's determination should be in the briefs.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to enforce is denied.

(2) The motion for leave and Zoeller's motion for an extension of time to file a replacement opening brief are granted. The replacement opening brief is accepted for filing. The Secretary should compute the due date for his brief from the date of filing of this order. The Secretary's motion for an extension of time is granted.

(3) The motion to forward the record is denied. The parties may include within appendices to their briefs copies of the relevant documents from the record.

(4) The supplement to the petition for review shall be placed in the file.

FOR THE COURT

**AUG 1 8 2011**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Bruce E. Zoeller
    Cameron Cohick, Esq.

s8

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

AUG 1 8 2011

JAN HORBALY
CLERK